UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Criminal No. 2:16-CR-6-1BO
Civil No. 2:17-CV-38-BO

**Sharay Lavon Williams**,

    Petitioner,

v.                                ORDER

UNITED STATES OF AMERICA,

    Respondent.

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This **30** day of August, 2017.

                                        TERRENCE W. BOYLE
                                        UNITED STATES DISTRICT JUDGE